IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5.19-cv-00076-FL

| | |
|---|---|
| ALDI INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| BRUNA MARACCINI, COLLEEN SAVORY, LIDL US, LLC, LIDL US OPERATIONS, LLC and LIDL US MANAGEMENT, INC., | )<br>)<br>) **ORDER OF COURT**<br>)<br>) |
| Defendants. | )<br>) |

AND NOW this 31st day of July, 2020, upon consideration of the parties' Stipulation of Dismissal with Prejudice, it is hereby ORDERED that this matter is dismissed with prejudice, each party to bear its own costs and fees. The Court will continue to retain jurisdiction over this matter as necessary to enforce the terms of the parties' settlement

_____
LOUISE W. FLANAGAN
United States District Judge